IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNEIKA THOMAS,<br>    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL FINANCIAL<br>GROUP, LLC,<br>    Defendant. | CIVIL ACTION NO.<br>1:24-cv-503-SEG-CMS |

# ORDER

This case is before the Court on Plaintiff Uneika Thomas's failure to comply with the Court's March 1, 2024 Order [Doc. 4].

On March 1, 2024, I entered an Order granting Defendant Navy Federal Financial Group, LLC's motion for more definite statement. [Doc. 4]. I directed Plaintiff to file an amended complaint within twenty-one days that provided a more definite statement of her claims and that complied with the directions in my Order. [*Id.* at 7–8]. I cautioned Plaintiff that I would recommend that this case be dismissed for failure to obey a Court Order if Plaintiff did not file her amended complaint as directed. [*Id.* at 8].

As of the date of this Order, Plaintiff has not filed an amended complaint, and the time for doing so has passed. Plaintiff therefore has not complied with the March 1, 2024 Order. Plaintiff is **ORDERED** to show cause in writing within fourteen

days after the date of this Order, or by **April 22, 2023**, why Plaintiff has failed to comply with the March 1, 2024 Order. If Plaintiff fails to show cause as directed, I will recommend that this case be dismissed for failure to obey a Court Order. *See* LR 41.3, NDGa.; FED. R. CIV. P. 41(b).

The Clerk is **DIRECTED** to **RE-SUBMIT** this matter to the undersigned after the fourteen-day period expires.

**IT IS SO ORDERED**, this 8th day of April, 2024.

*Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE